VIRGINIA:

IN THE ARLINGTON COUNTY CIRCUIT COURT

DEUTSCHE BANK NATIONAL TRUST COMPANY
    Plaintiff,

v.

                              Case No. CL16-677

KENNETH H. BERKE
    Defendant.

## ORDER

On the 12th day of May, 2017, came the parties, by counsel, to be heard on the Defendant's Motion to Transfer for Improper Venue pursuant to Va. Code § 8.01-264.

UPON CONSIDERATION WHEREOF, the Court finds that venue in this action lies in Fairfax County pursuant to Va. Code § 8.01-262.

IT IS ORDERED venue be, and the same hereby is, transferred to the Circuit Court of Fairfax County.

                                                                        5/12/17

SEEN AND AGREED                      SEEN AND Objected to :

Richard H. Nguyen, Esq. (VSB# 66677)      Kevin R. Hildebeidel, Esq. (VSB# 35645)
Linh H. Ly, Esq. (VSB# 85900)               Jason S. Murphy, Esq. (VSB# 85915)
NGUYEN & NGUYEN, PC                      Stern & Eisenberg Mid-Atlantic, PC
6402 Arlington Blvd. Suite 371              22375 Broderick Dri703ve, Suite 235
Falls Church, VA 22042                       Dulles, VA 20166
Tel. (703) 534-0805                           (703) 652-1619 tel.
Fax. (703) 534-3047                         (443) 815-3931 fax
richardn@nnlawfirm.com                   Counsel for Plaintiff
linh@nnlawfirm.com
Counsel for Defendant

1