IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH BERKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-1334 (AJT/JFA) |
| ) | |
| STERN & EISENBERG ) | |
| MID-ATLANTIC, PC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter is before the Court on Defendant Stern & Eisenberg Mid-Atlantic PC's Motion to Dismiss [Doc. No. 6] (the "Motion"), in which it seeks dismissal under Fed. R. Civ. P. 12(b)(6) on the grounds that this action was filed outside the applicable statute of limitations and that S&E is entitled to a bona fide error affirmative defense. On February 2, 2018, the Court held a hearing on the Motion. Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court at the February 2, 2018 hearing, it is hereby

ORDERED that Defendant Stern & Eisenberg Mid-Atlantic PC's ("S&E") Motion to Dismiss [Doc. No. 6] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 2, 2018